**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF<br><br>v.<br><br>Wilber Garcia-Reyes<br><br>DEFENDANT. | ☐ LA  ☐ RS  ☒ SA   DATE FILED: 1/8/2026<br>CASE NUMBER: 8:26-mj-00010-DUTY  ☐ Under Seal<br>INIT. APP. DATE: 1/8/2026   TIME: 2:00 PM<br>CHARGING DOC: Local Complaint<br>DEFENDANT STATUS: In Custody<br>☐ PREVIOUSLY CALENDARED HOSPITALIZED DEFENDANT<br>VIOLATION: 18 USC 111(a)(1), (b)<br>COURTSMART/REPORTER: CS 1/8/26 |
| PROCEEDINGS HELD BEFORE UNITED STATES<br>MAGISTRATE JUDGE Karen E. Scott | CALENDAR/PROCEEDINGS SHEET<br>LOCAL/OUT-OF-DISTRICT CASE |

PRESENT: Jazmin Dorado / Deputy Clerk     Rosalind Wang / Assistant U.S. Attorney     Spanish / Analia Sarno-Riggle / Interpreter / Language

☐ INITIAL APPEARANCE NOT HELD - CONTINUED
☒ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).
☒ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☒ preliminary hearing OR ☐ removal hearing / Rule 20.
☒ Defendant states true name ☐ is as charged ☒ is Wilber Stivi Garcia de Leon
☒ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.
☐ Defendant advised of consequences of false statement in financial affidavit. All financial affidavits must be filed under seal.
☒ Attorney: Christina Sinha    ☐ Retd. ☒ Apptd. ☐ Prev. Apptd. ☒ DFPD ☐ Panel ☐ Poss. Contribution
☐ Ordered (see separate order) ☐ Special appearance by: _____  ☐ CJA 1-Day Provisional Appt _____
☒ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☒ CONTINUED
☐ Contested detention hearing is held. ☒ Defendant is ordered: ☐ Permanently Detained ☒ Temporarily Detained (see separate order)
☐ BAIL FIXED AT $ _____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED
☒ Preliminary Hearing waived.   ☐ Class B Misdemeanor   ☐ Defendant is advised of maximum penalties
☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.
☐ PO/PSA WARRANT    ☐ Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.
☐ Preliminary Hearing set for _____ at _____ in Santa Ana
☒ Post-Indictment Arraignment set for: 2/17/26 at 10:00 am in Santa Ana, 6B
☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
☐ Defendant executed Waiver of Rights. ☐ Process received.
☐ Court ORDERS defendant Held to Answer to _____ District of _____
  ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
  ☐ Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____
  ☐ Warrant of removal and final commitment are ordered stayed until _____
☒ Case continued to (Date) 1/9/26   (Time) 2:00  ☐ AM / ☒ PM
☒ Type of Hearing: Detention hearing   Before Judge Scott  / Duty Magistrate Judge.
   Proceedings will be held in the ☒ Duty Courtroom 6A  ☐ Judge's Courtroom _____
☒ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☒ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
☐ Electronic Release Order issued (if issued using Release Book: Release Order No. _____).
☐ Other:

RECEIVED: ☒ PSA ☐ PROBATION ☒ FINANCIAL ☒ CR-10     ☒ READY

Deputy Clerk Initials JD
00 : 10

M-5 (11/25)    CALENDAR/PROCEEDINGS SHEET - LOCAL/OUT-OF-DISTRICT CASE    Page 1 of 1