**FILED**
CLERK, U.S. DISTRICT COURT

01/08/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ JD _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br>v.<br><br>Wilber Stivi Garcia de Leon<br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:26-mj-010-DUTY<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |

Upon motion of _Defendant_ , IT IS ORDERED that a detention hearing is set for _January 9_ , _2026_ , at _2:00_ ☐a.m. / ☒p.m. before the Honorable _Scott_ , in Courtroom _6A_ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _January 8, 2026_

_Karen E. Scott_
U.S. District Judge/Magistrate Judge